**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 08-6243

———————————

ANTONIO BURTS,

Plaintiff - Appellant,

v.

GREENVILLE CLERK OF COURT; SOLICITORS OFFICE, 13th Judicial
Circuit; DOROTHY A. MANIGAULT, Attorney; PHILPOT LAW FIRM, PA;
ROBERT M. ARIAIL, Solicitor; JOSEPH L. SAVITZ, III, Appellate
Defense Chief Attorney; WANDA H. CARTER, Deputy Chief; HENRY
MCMASTER, Attorney General; KAREN RATJAN, Assistant Attorney
General; KENNETH C. GIBSON, PCR Attorney; EVERETT P. GODFREY,
Jr., Esquire; FRANK EPPS; DAVID WAGNER, Esquire; DAVID ROSS,
Esquire; SUSANNAH ROSS, Esquire; EDWARD E. WELMAKER, Judge; GARY
MICHAEL NETTLES, Judge, PCR; EDWARD W. MILLER, Judge; DANIEL E.
SHEARHOUSE; SUPREME COURT OF SOUTH CAROLINA; BRENDA F. SHEALY;
RALPH ANDERSON, Senator; KAY PATTERSON, Senator; SOUTH CAROLINA
DEPARTMENT OF PUBLIC SAFETY; GREENVILLE COUNTY INVESTIGATIONS
DIVISION; O.B. SMITH, Sergeant; UNITED STATES DEPARTMENT OF
JUSTICE; UNITED STATES POSTAL SERVICE; SOUTH CAROLINA STATE
CONFERENCE; MARSHALL CLEMENT SANFORD, Jr., Governor; LINDSEY
GRAHAM, United States Senator; GLENN F. MCCONNELL; SOUTH
CAROLINA LEGISLATORS; APPELLATE DEFENSE SOUTH CAROLINA OFFICE;
HOLLIE M. JENKINS, Circuit Court Reporter; PCR COURT REPORTER;
GREENVILLE COUNTY MAGISTRATE COURT JUDGES; KAYE GORENFLO HEARN;
JEAN TOAL, Supreme Court Judicial Department; JAMES E. MOORE;
SOUTH CAROLINA SOCIAL SECURITY ADMINISTRATION, Washington, DC,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry M. Herlong, Jr., District
Judge.  (8:07-cv-03011-HMH-BHH)

———————————

Submitted: April 24, 2008          Decided: April 30, 2008

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Antonio Burts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Burts appeals the district court's order dismissing his action filed under 42 U.S.C. § 1983 (2000) without prejudice for failure to prosecute and for noncompliance with court orders. A plaintiff's failure to prosecute or to comply with the federal procedural rules or an order of the court may warrant involuntary dismissal. Fed. R. Civ. P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Burts v. Greenville Clerk of Court, No. 8:07-cv-03011-HMH-BHH) (D.S.C. Dec. 19, 2007). We deny Burts' motion for a jury trial. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED